UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 1:06:CR:238

v.

                                      HON. GORDON J. QUIST

TIMOTHY MICHAEL RODRIGUEZ,

      Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed December 26, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Timothy Michael Rodriguez's plea of guilty to Count One of the Felony Information is accepted. Defendant Timothy Michael Rodriguez is adjudicated guilty and bond will be revoked at the time of reporting.

3. Defendant Timothy Michael Rodriguez shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Tuesday, January 30, 2007**. Defendant Timothy Michael Rodriguez shall be detained pending sentencing.


Dated: January 16, 2007                                  /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE